UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSE MENDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CATERPILLAR INC. and<br>CATERPILLAR LOGISTICS SERVICES<br>INC.,<br><br>    Defendants. | CIVIL NO. SA-09-CA-978-XR |

**ORDER**

Came on this day to be considered the status of this case.

All matters having been referred to the undersigned having been addressed,

**IT IS ORDERED** that this case is **RETURNED** to the District Judge.

**ORDERED, SIGNED** and **ENTERED** this 16th day of December, 2011.

_____
PAMELA A. MATHY
UNITED STATES MAGISTRATE JUDGE